396 A.2d 832

Glazier Corporation v. H & M Distributing,
Inc., Appellant.

Argued October 24, 1978.   Sanford S. Finder, for appellant;  James H. McCune, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 832

Godish, Appellant, v. Godish.

Argued October 25, 1978.   Robert Raphael, for appellant;  William C. Bartley, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.